Richard Mooney, Esq. (SBN 176486)
RJM Litigation Group
505 Montgomery St. #1100
San Francisco, California 94111
Telephone:  (415) 874-3711
richard.mooney@rjmlitigation.com

Attorneys for Defendant and Counterclaimant
Uplift, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| Melissa Anjinette Carrasco,<br><br>                    Plaintiff,<br><br>          v.<br><br>Bank of America; Uplift, Inc.; and Equifax<br>Information Services, LLC,<br><br>                    Defendants.<br><br><br>     *and related counterclaim* | Case No. 4:20-cv-5833<br><br>Defendant and Counterclaimant Uplift, Inc.'s<br>Answer and Counterclaim |

Defendant and Counterclaimant Uplift, Inc. ("Uplift") hereby submits its Answer and Counterclaim to the First Amended Complaint of Plaintiff Melissa Anjinette Carrasco ("Ms. Carrasco").

## **ANSWER**

1.      Uplift admits that Plaintiff purports to set out claims under the statutes described in this paragraph.  Except as thus expressly admitted, Uplift denies any explicit or implicit allegations in this paragraph.

2.      Uplift incorporates herein all previous responses.

3.      Uplift admits that this court has "federal question" jurisdiction pursuant to 28 U.S.C. § 1331.  Except as thus expressly admitted, Uplift denies any explicit or implicit allegations in this paragraph.

4.      Uplift admits that venue is proper in this District.  Except as thus expressly admitted, Uplift denies any explicit or implicit allegations in this paragraph.

5.      Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

6.      Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

7.      Uplift admits that it is a corporation and that it furnishes credit information to credit agencies.  Uplift further admits that its principal place of business is located at 801 El Camino Real in Menlo Park, California (94025).  Except as thus expressly admitted, Uplift denies any explicit or implicit allegations in this paragraph.

8.      Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

9.      The allegation that "Uplift is a 'furnisher of information' within the meaning of the FCRA (15 U.S.C. § 1681s-2 et seq.)" constitutes an assertion of law to which no response is

1  required or warranted.  For the avoidance of doubt, Uplift denies any explicit or implicit allegations

2  in this paragraph.

3      10.    Uplift is without sufficient information to form a belief regarding the truth or

4  falsity of the allegations in this paragraph, and on that basis denies them.

5      11.    Uplift incorporates herein all previous responses.

6      12.    Uplift is without sufficient information to form a belief regarding the truth or

7  falsity of the allegations in this paragraph, and on that basis denies them.

8      13.    Uplift is without sufficient information to form a belief regarding the truth or

9  falsity of the allegations in this paragraph, and on that basis denies them.

10     14.    Uplift is without sufficient information to form a belief regarding the truth or

11  falsity of the allegations in this paragraph, and on that basis denies them.

12     15.    Uplift is without sufficient information to form a belief regarding the truth or

13  falsity of the allegations in this paragraph, and on that basis denies them.

14     16.    Uplift is without sufficient information to form a belief regarding the truth or

15  falsity of the allegations in this paragraph, and on that basis denies them.

16     17.    Uplift is without sufficient information to form a belief regarding the truth or

17  falsity of the allegations in this paragraph, and on that basis denies them.

18     18.    Uplift is without sufficient information to form a belief regarding the truth or

19  falsity of the allegations in this paragraph, and on that basis denies them.

20     19.    Uplift is without sufficient information to form a belief regarding the truth or

21  falsity of the allegations in this paragraph, and on that basis denies them.

22     20.    Uplift is without sufficient information to form a belief regarding the truth or

23  falsity of the allegations in this paragraph, and on that basis denies them.

24     21.    Uplift is without sufficient information to form a belief regarding the truth or

25  falsity of the allegations in this paragraph, and on that basis denies them.

26     22.    Uplift is without sufficient information to form a belief regarding the truth or

27  falsity of the allegations in this paragraph, and on that basis denies them.

28

23. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

24. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

25. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

26. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

27. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

28. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

29. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

30. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

31. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

32. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

33. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

34. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

35. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

36. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

37. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

38. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

39. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

40. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

41. Uplift denies the allegations of this paragraph.

42. Uplift denies the allegations of this paragraph.

43. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegation that "On or around September 2019, Plaintiff noticed that Equifax was reporting" certain information, and on that basis denies it.  Uplift denies the remaining allegations of this paragraph.

44. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

45. Uplift admits that at some point Plaintiff began disputing Plaintiff's debt to Uplift.  Except as thus expressly admitted, Uplift denies any explicit or implicit allegations in this paragraph.

46. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

47. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

48. Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

49.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

50.     Uplift denies the allegations of this paragraph.

51.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

52.     Uplift denies the allegations of this paragraph.

53.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

54.     Uplift denies the allegations of this paragraph.

55.     Uplift admits that it informed Plaintiff that its investigation confirmed her debt as valid.  Except as thus expressly admitted, Uplift denies any explicit or implicit allegations in this paragraph.

56.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

57.     Uplift admits that it informed Plaintiff that its investigation confirmed her debt as valid.  Except as thus expressly admitted, Uplift denies any explicit or implicit allegations in this paragraph.

58.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

59.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

60.     Uplift admits that Plaintiff at one point provided Uplift with information that she claims related to a putative smog check performed on her car by an unknown person.  Except as thus expressly admitted, Uplift denies any explicit or implicit allegations in this paragraph.

61.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

*Carrasco v. Bank of America* (Case No. 20-cv-5833)
Answer and Counterclaim of Defendant Uplift, Inc.

62.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

63.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

64.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

65.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

66.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

67.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

68.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

69.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

70.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

71.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

72.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

73.     Uplift denies the allegations of this paragraph.

74.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

75.     The allegation that "BOA is liable to Plaintiff" for various reasons constitutes an assertion of law to which no response is required or warranted.  For the avoidance of

6

*Carrasco v. Bank of America* (Case No. 20-cv-5833)
Answer and Counterclaim of Defendant Uplift, Inc.

1   doubt, Uplift denies any explicit or implicit allegations in this paragraph on the basis that it is

2   without sufficient information to form a belief regarding the truth or falsity of the allegations.

3         76.    The allegation that "Uplift is liable to Plaintiff" for various reasons

4   constitutes an assertion of law to which no response is required or warranted.  For the avoidance of

5   doubt, Uplift denies any explicit or implicit allegations in this paragraph..

6         77.    The allegation that "Equifax is liable to Plaintiff" for various reasons

7   constitutes an assertion of law to which no response is required or warranted.  For the avoidance of

8   doubt, Uplift denies any explicit or implicit allegations in this paragraph on the basis that it is

9   without sufficient information to form a belief regarding the truth or falsity of the allegations.

10         78.    Uplift denies the allegations of this paragraph to the extent they relate to

11   Uplift.  Uplift denies the allegations of this paragraph to the extent they relate to BOS or Equifax

12   on the basis that Uplift is without sufficient information to form a belief regarding the truth or

13   falsity of the allegations.

14         79.    Uplift denies the allegations of this paragraph to the extent they relate to

15   Uplift.  Uplift denies the allegations of this paragraph to the extent they relate to BOS or Equifax

16   on the basis that Uplift is without sufficient information to form a belief regarding the truth or

17   falsity of the allegations.

18         80.    Uplift is without sufficient information to form a belief regarding the truth or

19   falsity of the allegations in this paragraph, and on that basis denies them.

20         81.    Uplift denies the allegations of this paragraph to the extent they relate to

21   Uplift.  Uplift denies the allegations of this paragraph to the extent they relate to BOS or Equifax

22   on the basis that Uplift is without sufficient information to form a belief regarding the truth or

23   falsity of the allegations.

24         82.    Uplift incorporates herein all previous responses.

25         83.    Uplift admits that this paragraph accurately quotes a portion of Section

26   1681s-2.  Except as thus expressly admitted, Uplift denies any explicit or implicit allegations in this

27   paragraph.

28

7

84.    Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

85.    Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

86.    Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

87.    Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

88.    Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

89.    Uplift incorporates herein all previous responses.

90.    Uplift admits that this paragraph accurately quotes a portion of Section 1681s-2.  Except as thus expressly admitted, Uplift denies any explicit or implicit allegations in this paragraph.

91.    Uplift denies the allegations of this paragraph.

92.    Uplift denies the allegations of this paragraph.

93.    Uplift denies the allegations of this paragraph.

94.    Uplift denies the allegations of this paragraph.

95.    Uplift denies the allegations of this paragraph.

96.    Uplift incorporates herein all previous responses.

97.    Uplift admits that this paragraph accurately quotes a portion of Section 1681i.  Except as thus expressly admitted, Uplift denies any explicit or implicit allegations in this paragraph.

98.    Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

99.    Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

100.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

101.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

102.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

103.     Uplift incorporates herein all previous responses.

104.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

105.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

106.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

107.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

108.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

109.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

110.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

111.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

112.     Uplift is without sufficient information to form a belief regarding the truth or falsity of the allegations in this paragraph, and on that basis denies them.

113.     Uplift incorporates herein all previous responses.

114.     Uplift denies the allegations of this paragraph.

9

*Carrasco v. Bank of America* (Case No. 20-cv-5833)
Answer and Counterclaim of Defendant Uplift, Inc.

1    115.   Uplift denies the allegations of this paragraph.

2    116.   Uplift denies the allegations of this paragraph.

3    117.   Uplift denies the allegations of this paragraph.

4    118.   Uplift denies the allegations of this paragraph.

5    119.   Uplift denies the allegations of this paragraph.

6    120.   Uplift denies the allegations of this paragraph.

7    121.   Uplift denies the allegations of this paragraph.

8    122.   Uplift denies the allegations of this paragraph.

9                        **Affirmative Defenses**

10    1.    The Complaint fails to state a claim upon which relief can be granted against

11   Uplift.

12    2.    The causes of action alleged against Uplift, and each of them, are each

13   barred by the doctrine of fraud.

14    3.    The causes of action alleged against Uplift, and each of them, are each

15   barred by the doctrine of estoppel.

16    4.    The causes of action alleged against Uplift, and each of them, are each

17   barred by the doctrine of laches.

18    5.    The causes of action alleged against Uplift, and each of them, are each

19   barred by the doctrine of waiver.

20                   **Counterclaim for Breach of Contract**

21    Uplift asserts the following counterclaim against Plaintiff and Counterdefendant

22   Ms. Carrasco:

23    1.    Uplift is a corporation incorporated and existing under the laws of Delaware,

24   with its principal place of business in Menlo Park, California.

25    2.    Ms. Carrasco is an individual who claims to reside in Walnut Creek,

26   California.

27

28

3.    This Court has supplemental jurisdiction over the counterclaim pursuant to 28 U.S.C. § 1367.

4.    In or about May 2019, Ms. Carrasco purchased flight and related services from Southwest Vacations, consisting principally of transportation services for Ms. Carrasco and three others.

5.    To facilitate that purchase, Ms. Carrasco applied through Uplift for a loan (the "Loan") in an amount exceeding $1,500.  Based on the application, CBW Bank provided the Loan funds to Ms. Carrasco for use in making her purchase from Southwest Vacations.

6.    In exchange for the provided funds, Ms. Carrasco agreed to make periodic payments over time in repayment of the loan, thus forming a binding contract (the "Contract").

7.    Shortly after consummation of the Contract, Uplift purchased the repayment rights under the Contract and continues to own those repayment rights.

8.    In June 2019, Ms. Carrasco and three others (on information and belief, relatives of Ms. Carrasco) utilized the services purchased with the Loan to travel from Wichita, Kansas, to Seattle, Washington, and then (after a schedule change) to Sacramento, California.

9.    Upon inquiry, Uplift was informed by the travel company that Ms. Carrasco and her party were on board those flights.  This confirmation and additional investigation by Uplift has confirmed that Ms. Carrasco's claim that she was the victim of identity theft in connection with the Loan and the Contract is false.

10.    Despite Ms. Carrasco's use of the funds from the Loan and her agreement in the Contract to repay Uplift the borrowed funds, Ms. Carrasco has failed and refused to repay the amounts owed, all of which are long past due and continuing to accrue interest.  Notably, Ms. Carrasco originally made one or more payments due under the Loan, thus demonstrating her awareness that the payments were due, but then charged back those payments after her travel.

**First Cause of Action (Breach of Contract)**

11.    Uplift incorporates all preceding paragraphs.

12.    Uplift and Ms. Carrasco are parties to the Contract as set out above.

13.     Uplift has performed all actions required of it under the Contract and has in all respects fully complied with the Contract.

14.     In the Contract, Ms. Carrasco agreed to pay Uplift the money owed, in full, by approximately December 2019.  Ms. Carrasco has failed and refused, despite repeated demands, to pay those funds and thereby has willfully and intentionally breached the Contract.

15.     As a direct and proximate result of Ms. Carrasco's contractual breaches, Uplift has suffered damages in an amount to be established at trial, which include (*inter alia*) the amount of the Loan; associated charges, fees, and interest; and the fees and expenses incurred in this action.

## **PRAYER**

Wherefore, Defendant and Counterclaimant Uplift hereby prays for the following relief:

1.     That Plaintiff takes nothing from her Complaint against Uplift;

2.     That Uplift recover damages in an amount established at trial;

3.     That Uplift recover its costs and attorneys fees; and

4.     That the Court grant Uplift any and all other relief the Court deems just and proper.

Dated:  November 30, 2020                    RJM Litigation Group


By: _____
Richard Mooney
Attorneys for Uplift, Inc.