UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ANJINETTE CARRASCO,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, et al.,<br><br>    Defendants. | Case No. 20-cv-05833-JST<br><br>**ORDER TO SHOW CAUSE** |

Civil Local Rule 11-1(a) provides, subject to exceptions not present here, that "an attorney must be a member of the bar of this Court to practice in this Court." Civ. L.R. 11-1(a). Rule 11-1(b), in turn, provides that "[t]o be eligible for admission to and continuing membership in the bar of this Court an attorney must be an active member in good standing of the State Bar of California." Civ. L.R. 11-1(b).

The records of the California State Bar indicate that Richard James Mooney, attorney for Defendant Uplift, Inc., became ineligible to practice law on July 1, 2021 and remains ineligible. *See* http://members.calbar.ca.gov/fal/Licensee/Detail/176486 (last visited Aug. 9, 2021). On July 30, 2021, Mr. Mooney filed an opposition to Plaintiff's motion for leave to file a second amended complaint. Assuming the State Bar's records are accurate, Mr. Mooney was not authorized to practice law on that date.

Defendant Uplift is hereby ORDERED TO SHOW CAUSE why its opposition to Plaintiff's motion should not be stricken. Attorney Mooney is hereby ORDERED TO SHOW CAUSE why this Court should not refer him to the Northern District of California's Standing Committee on Professional Conduct for his violation of the Court's local rules. *See* Civ. L.R. 11-6(c).

A written response to this order to show cause is due September 10, 2021.  The Court will conduct a hearing on the order to show cause on September 16, 2021 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  August 10, 2021



JON S. TIGAR
United States District Judge