Richard Mooney, Esq. (SBN: 176486)
RJM Litigation Group
505 Montgomery St. #1100
San Francisco, CA 94111
415.874.3711
richard.mooney@rjmlitigation.com

Attorneys for Defendant and Counterclaimant
Uplift, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melissa Anjinette Carrasco,<br><br>    Plaintiff,<br><br>    v.<br><br>Bank of America and Uplift, Inc.,<br><br>    Defendants.<br><br>*and related counterclaim* | Case No. 20-cv-05833 JST<br><br>**Response to Order To Show Cause**<br><br>Date:   September 16, 2021<br>Time:  2:00 p.m.<br>Crtrm: 6 (Oakland Division) |

Undersigned counsel for Defendant and Counterclaimant Uplift, Inc. apologizes to the Court for his oversight that forced the Court to have to issue the August 10, 2021 Order to Show Cause in this action. Counsel respectfully responds to the OSC as follows.

On July 12, 2021, I received at my personal email address a notification from the State Bar of California that I had failed to pay my bar fees by the June 30, 2021 deadline and that I therefore had been suspended from practice. *See* Declaration of Richard Mooney filed herewith ("Mooney Decl.") ¶ 2 & Exh. A. The notice stated that upon payment of those fees, reinstatement would be "effective as of the date full payment is received." *Id.* I completed the payment on July 30, 2021, as confirmed by the State Bar email I received that day and my personal Chase bank account statement. *Id.* ¶ 3 & Exhs. B & C. That day I also filed Uplift's Opposition to Plaintiff's Motion for Leave To Amend. *Id.* ¶ 4 (docket number 43). Prior to preparing this response to the Court's Order To Show Cause, I visited the website of the California State Bar on August 25 and confirmed that the reinstatement is reflected on the State Bar site. *Id.* ¶ 5 & Exh. D.

Undersigned counsel apologizes again for the inconvenience caused to the Court, its personnel, and Your Honor.

Dated: August 27, 2021          RJM Litigation Group

                                By:   /s/ Richard J. Mooney
                                      Richard J. Mooney
                                      Attorneys for Uplift, Inc.

1
*Carrasco v. Bank of America* (Case No. 20-cv-5833)
Response to Order To Show Cause