Richard Mooney, Esq. (SBN: 176486)
RJM Litigation Group
505 Montgomery St. #1100
San Francisco, CA 94111
415.874.3711
richard.mooney@rjmlitigation.com

Attorneys for Defendant and Counterclaimant
Uplift, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Melissa Anjinette Carrasco,<br><br>       Plaintiff,<br><br>       v.<br><br>Bank of America and Uplift, Inc.,<br><br>       Defendants.<br><br>*and related counterclaim* | Case No. 20-cv-05833 JST<br><br>**Declaration of Richard Mooney in Response to Order To Show Cause**<br><br>Date:   September 16, 2021<br>Time:  2:00 p.m.<br>Crtrm: 6 (Oakland Division) |

I, Richard Mooney, declare as follows:

1. I am an attorney admitted to practice in California and before this Court, and am lead counsel for Defendant and Counterclaimant Uplift, Inc. ("Uplift"). I make this Declaration based on personal knowledge, and if called as a witness I could and would competently testify to the following facts.

2. On July 12, 2021, I received at my personal email address a notification from the State Bar of California that I had failed to pay my bar fees by the June 30, 2021 deadline and that I therefore had been suspended from practice. Among other things, the email stated that when the reinstatement was processed, it would be "effective as of the date full payment is received. A true and correct copy of that email, after forwarding to my work address, is attached hereto as Exhibit A.

3. I completed the payment on July 30, 2021. Attached hereto as Exhibit B is a true and correct copy of the State Bar email confirming that payment (again after forwarding from my personal email address to my work email address). Attached hereto as Exhibit C is a partially redacted bank statement reflecting activity in my account (held jointly with my wife) covering the period from mid-July to mid-August. I have added highlighting showing the payments to the State Bar listed as occurring on July 30 (a Friday) and posting on August 2 (Monday).

4. Also on July 30 I filed Uplift's opposition to plaintiff's motion for leave to amend (docket no. 43).

5. On August 25, I logged into my account with the State Bar of California, and confirmed that my status had been modified to "Active". A true and correct copy of my printout from that account is attached hereto as Exhibit D.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated:  August 27, 2021

_____
Richard J. Mooney

**Richard Mooney**

**From:** Richard Mooney <rmooneysfca@gmail.com>
**Sent:** Wednesday, August 25, 2021 3:27 PM
**To:** Richard Mooney
**Subject:** Fwd: 2021 Annual Fees Nonpayment Reinstatement Information for State Bar of California Bar No. 176486

Sent from my iPhone

Begin forwarded message:

> **From:** The State Bar of California - Attorney Regulation and Consumer Resources <AttorneyRegulation@calbar.ca.gov>
> **Date:** July 12, 2021 at 4:29:19 PM CDT
> **To:** rmooneysfca@gmail.com
> **Subject: 2021 Annual Fees Nonpayment Reinstatement Information for State Bar of California Bar No. 176486**
> **Reply-To:** The State Bar of California - Attorney Regulation and Consumer Resources <AttorneyRegulation@calbar.ca.gov>



The State Bar *of California*

Dear Richard J. Mooney,

The final deadline to pay your 2021 fees, penalties, and/or costs was June 30, 2021. Because payment of your fees was not initiated online or postmarked by the final June 30, 2021 deadline, you were suspended from the practice of law in California for nonpayment of fees effective July 1, 2021.

Today, July 12, 2021, notice was mailed to those attorneys who were suspended for nonpayment. Reinstatement of your license will require payment of your current outstanding fees, penalties, and/or costs plus an additional $100 reinstatement fee. The State Bar will accept payment in certified funds: VISA, MasterCard, American Express, Discover Card, cashier's check, money order, or bank certified check.

- Pay online through My State Bar Profile using credit card option to ensure guaranteed funds. (Do not select the ACH (electronic check) payment option for urgent reinstatement payments.); or
- Mail certified payment with your name and bar number noted on your payment to: The State Bar of California, PO Box 842142, Los Angeles, CA 90084-2142.

Reinstatement will be effective as of the date full payment is received. If payment is made by personal or firm check, or initiated online using ACH (electronic check) option, we will process

your payment, however, there will be a 30-day hold for funds to clear. Reinstatement will be processed 30-days later, effective the original receipt date of the successful full payment.

Partial payments will be accepted, but you will not be reinstated from suspension of nonpayment until all outstanding fees, penalties, and/or costs are paid.

If you have any questions regarding reinstatement, please contact us at AttorneyRegulation@calbar.ca.gov.

Attorney Regulation and Consumer Resources
The State Bar of California | 180 Howard St. | San Francisco, CA 94105

This message may contain confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply email and delete all copies of the message. Thank you.

www.calbar.ca.gov

# Richard Mooney

| | |
|---|---|
| **From:** | Richard Mooney <rmooneysfca@gmail.com> |
| **Sent:** | Wednesday, August 25, 2021 3:26 PM |
| **To:** | Richard Mooney |
| **Subject:** | Fwd: Your payment to the State Bar of California is in process |

Sent from my iPhone

Begin forwarded message:

> **From:** The State Bar of California <AttorneyRegulation@calbar.ca.gov>
> **Date:** July 30, 2021 at 1:08:35 PM CDT
> **To:** rmooneysfca@gmail.com
> **Subject: Your payment to the State Bar of California is in process**
> **Reply-To:** The State Bar of California <AttorneyRegulation@calbar.ca.gov>



**MY STATE BAR PROFILE — PAYMENT IN PROCESS**

**Confirmation No:** M22874_176486_2021_1_20210730110824887

**Payment Amount:** $1014.75

**Payment Method:** Visa - 9467

Dear **Richard J. Mooney,**

Thank you for initiating a payment of **$1014.75**. The withdrawal from your account will generally occur within 2-7 business days of this payment date, but the exact timing is dependent on your financial institution's processing schedule. You can access your receipt through your My State Bar Profile under "Bar Cards, Payment Receipt(s), and Other Documents." Once we receive confirmation that your payment has been honored by your financial institution, your receipt will automatically update to confirm a successful payment status.

If the payment information you entered is incorrect, your account has insufficient funds, or is closed, your financial institution may not honor your payment. Additionally, if your payment was submitted via ACH (electronic check) and is returned by the bank, a $20 returned payment fee will apply. To confirm that your payment has cleared your financial account, review your account statement or contact your financial institution directly.

Now that your payment has been initiated, a paper bar card is conveniently available for download online for all active or inactive licensees. Plastic bar cards are available only upon request. To print or order a card, go to your My State Bar Profile and click "Bar Card, Payment

**Exhibit B**

Receipt(s), and Other Documents." Plastic bar cards will be mailed to your address of record within 10-15 business days.

For further assistance, please reply to this email with any questions.

Attorney Regulation and Consumer Resources
The State Bar of California | 180 Howard Street | San Francisco CA 94105
888.800.3400 | AttorneyRegulation@calbar.ca.gov

This message may contain confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply email and delete all copies of the message. Thank you.

www.calbar.ca.gov



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 20, 2021 through August 17, 2021

Account Number: 000000935155903

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00548544 DRE 703 219 23021 NNNNNNNNNNN  1 000000000 12 0000

ERIKA ALMEIDA MOONEY
RICHARD J MOONEY
7901 OAK ST
NEW ORLEANS LA 70118



## CHECKING SUMMARY | Chase Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $24.82 |
| Deposits and Additions | 22,332.12 |
| Checks Paid | -643.00 |
| ATM & Debit Card Withdrawals | -7,298.30 |
| Electronic Withdrawals | -12,491.97 |
| Fees | -70.50 |
| Ending Balance | $1,853.17 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 854 ^ | 08/11 | $643.00 |
| **Total Checks Paid** | | **$643.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.
^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $24.82 |
| 07/20 | Card Purchase     07/19 Circulation The Advoc 225-388-0200 LA Card 9467 | -13.95 | 10.87 |
| 07/21 | Recurring Card Purchase 07/21 Apple.Com/Bill 866-712-7753 CA Card 5365 | -2.99 | 7.88 |
| 07/22 | Card Purchase     07/22 Amazon Music*2E50J9U0 888-802-3080 WA Card 9467 | -3.99 | 3.89 |
| 07/23 | Recurring Card Purchase 07/22 Uber   Pass Help.Uber.Com CA Card 9467 | -24.99 | -21.10 |
| 07/23 | Paypal       Inst Xfer  Hulu        Web ID: Paypalsi77 | -79.98 | -101.08 |
| 07/23 | Insufficient Funds Fee For A $24.99 Recurring Card Purchase - Details: 0722Uber   Pass Help.Uber.Com CA     0############9467    00 | -34.00 | -135.08 |
| 07/23 | Insufficient Funds Fee For A $79.98 Item - Details: Paypal     Inst Xfer  Hulu       Web ID: Paypalsi77 | -34.00 | -169.08 |

Page 1 of 4

Exhibit C



July 20, 2021 through August 17, 2021

Account Number: 000000935155903

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 07/27 | Online Transfer From Chk ...1323 Transaction#: 12259368991 | 200.00 | 30.92 |
| 07/27 | Paypal          Inst Xfer  Netflix.Com      Web ID: Paypalsi77 | -17.99 | 12.93 |
| 07/28 | Card Purchase          07/28 Sq *Theo's Pizza- Mid C Gosq.Com LA Card 9467 | -27.83 | -14.90 |
| 07/29 | Wells Fargo Ifi  DDA To DDA            PPD ID: Intfitrvos | 6,363.56 | 6,348.66 |
| 07/29 | Wells Fargo Ifi  DDA To DDA            PPD ID: Intfitrvos | 3,000.00 | 9,348.66 |
| 07/29 | Recurring Card Purchase 07/28 Hearst Membership 800-554-5000 NC Card 9467 | -2.00 | 9,346.66 |
| 07/29 | 07/29 Online Transfer To Chk ...1323 Transaction#: 12268092995 | -200.00 | 9,146.66 |
| 07/29 | 07/29 Online Realtime Transfer To Lpv Chase  1729 Transaction#: 12268095235 Reference#: 9268095235Rx | -1,200.00 | 7,946.66 |
| 07/29 | 07/29 Online Transfer 12271892006 To Citibank ######5194 Transaction #: 12271892006 | -200.00 | 7,746.66 |
| 07/29 | 07/29 Online Transfer To Chk ...1323 Transaction#: 12271896869 | -100.00 | 7,646.66 |
| 07/29 | 07/29 Online Transfer 12271902983 To Netspend Card ##########1874 Transaction #: 12271902983 | -100.00 | 7,546.66 |
| 07/29 | Non-Chase ATM Withdraw  07/29 1133 S  Carrollton Ave New Orleans LA Card 9467 | -123.00 | 7,423.66 |
| 07/29 | Non-Chase ATM Fee-With | -2.50 | 7,421.16 |
| 07/30 | Wells Fargo Ifi  DDA To DDA            PPD ID: Intfitrvos | 12,727.12 | 20,148.28 |
| 07/30 | Recurring Card Purchase 07/28 Google*Google Storage 650-2530000 CA Card 9467 | -9.99 | 20,138.29 |
| 07/30 | Card Purchase          07/29 Prime Video*2E1619U02 888-802-3080 WA Card 9467 | -3.99 | 20,134.30 |
| 07/30 | Card Purchase          07/29 Prepaid Serve 800-954-0559 GA Card 9467 | -200.00 | 19,934.30 |
| 07/30 | Card Purchase          07/29 Blue Cross Blue Shiel 800-495-2583 LA Card 9467 | -2,146.29 | 17,788.01 |
| 07/30 | Card Purchase          07/29 Amazon.Com*2P2Pz7L40 Amzn.Com/Bill WA Card 9467 | -28.34 | 17,759.67 |
| 07/30 | Card Purchase          07/29 Amazon.Com*2P8Iu1Lz0 Amzn.Com/Bill WA Card 9467 | -22.85 | 17,736.82 |
| 07/30 | Card Purchase          07/30 Amazon.Com*2P8Jq81O1 Amzn.Com/Bill WA Card 9467 | -15.38 | 17,721.44 |
| 07/30 | Paypal          Transfer   5Zz22Axy7Mzqa   Web ID: Paypalsd22 | -1,000.00 | 16,721.44 |
| 07/30 | 07/30 Online Realtime Transfer To Lpv Chase  1729 Transaction#: 12276563274 Reference#: 9276563274Rx | -2,334.00 | 14,387.44 |
| 07/30 | 07/30 Online Realtime Transfer To Lpv Chase  1729 Transaction#: 12276864229 Reference#: 9276864229Rx | -2,500.00 | 11,887.44 |
| 08/02 | Card Purchase          07/30 Prepaid Serve 800-954-0559 GA Card 9467 | -200.00 | 11,687.44 |
| 08/02 | Card Purchase          07/30 Calbar Cc Web-Sf Bill 888-800-3400 CA Card 9467 | -990.00 | 10,697.44 |
| 08/02 | Card Purchase          07/30 Wf4Statebrca*Service 888-800-3400 CA Card 9467 | -24.75 | 10,672.69 |
| 08/02 | Card Purchase          07/31 Chevron 0305753 Panama City FL Card 9467 | -9.99 | 10,662.70 |
| 08/02 | Recurring Card Purchase 08/01 Spotify USA 877-7781161 NY Card 9467 | -9.99 | 10,652.71 |
| 08/02 | Card Purchase          08/01 Amazon.Com*2P73N3V81 Amzn.Com/Bill WA Card 9467 | -24.06 | 10,628.65 |
| 08/02 | E*Trade         ACH Trnsfr         PPD ID: 1391321258 | -1,900.00 | 8,728.65 |
| 08/03 | Card Purchase          08/03 Pescado Seafood Gril Rosemary Beac FL Card 9467 | -110.00 | 8,618.65 |
| 08/04 | Recurring Card Purchase 08/04 Vzwrlss*Bill Pay Vw 800-922-0204 FL Card 9467 | -797.31 | 7,821.34 |
| 08/09 | Paypal          Transfer           PPD ID: Paypalsd11 | 41.44 | 7,862.78 |
| 08/09 | Card Purchase          08/09 Amzn Mktp US*2D4E49C Amzn.Com/Bill WA Card 9467 | -27.35 | 7,835.43 |

# CHASE 🟦

July 20, 2021 through August 17, 2021

Account Number: **000000935155903**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| 08/09 | Card Purchase | 08/06 The Pearl Hotel Dining Panama City FL Card 9467 | -53.00 | 7,782.43 |
| 08/09 | Card Purchase | 08/07 LA Cocina Rosemary Beac FL Card 9467 | -195.00 | 7,587.43 |
| 08/09 | Card Purchase | 08/08 Amzn Mktp US*2P6En6R Amzn.Com/Bill WA | -16.40 | 7,571.03 |
| | Card 9467 | | | |
| 08/09 | Card Purchase With Pin  08/07 Canseco's Carro New Orleans LA Card 9467 | | -24.23 | 7,546.80 |
| 08/09 | 08/08 Online Transfer 12341934847 To Erika Netspend ##########7559 Transaction #: 12341934847 | | -500.00 | 7,046.80 |
| 08/09 | Card Purchase | 08/08 Prepaid Serve 800-954-0559 GA Card 9467 | -184.64 | 6,862.16 |
| 08/09 | 08/08 Online Transfer 12342671981 To Athena #####3604 Transaction #: 12342671981 | | -2,310.00 | 4,552.16 |
| 08/09 | Card Purchase | 08/08 Prime Video*2P7Pu2Yn1 888-802-3080 WA | -5.99 | 4,546.17 |
| | Card 9467 | | | |
| 08/09 | Card Purchase | 08/08 Vincent's Italian Cuis 504-8669313 LA Card 9467 | -190.00 | 4,356.17 |
| 08/10 | Recurring Card Purchase 08/10 Ott* Varsitysportsno Varsitysports LA Card 9467 | | -9.99 | 4,346.18 |
| 08/10 | Card Purchase | 08/10 Amazon.Com*2P67A1W30 Amzn.Com/Bill WA | -17.45 | 4,328.73 |
| | Card 9467 | | | |
| 08/10 | 08/10 Online Transfer To Chk ...1323 Transaction#: 12357883512 | | -50.00 | 4,278.73 |
| 08/11 | Card Purchase | 08/10 Amazon.Com*2P10168Y2 Amzn.Com/Bill WA | -10.86 | 4,267.87 |
| | Card 9467 | | | |
| 08/11 | Card Purchase | 08/10 Amzn Mktp US*2P90428 Amzn.Com/Bill WA | -64.00 | 4,203.87 |
| | Card 9467 | | | |
| 08/11 | Card Purchase | 08/10 Prepaid Serve 800-954-0559 GA Card 9467 | -200.00 | 4,003.87 |
| 08/11 | Card Purchase | 08/10 Kindle Svcs*2P0A688F2 866-321-8851 WA | -8.75 | 3,995.12 |
| | Card 9467 | | | |
| 08/11 | Card Purchase | 08/10 Chevron 0108938 New Orleans LA Card 9467 | -5.30 | 3,989.82 |
| 08/11 | Card Purchase | 08/10 Amzn Digital*2D83G4Zz 888-802-3080 WA | -14.22 | 3,975.60 |
| | Card 9467 | | | |
| 08/11 | Card Purchase | 08/10 Panchitas Mexican Criol Carrollton LA Card 9467 | -60.00 | 3,915.60 |
| 08/11 | Recurring Card Purchase 08/11 Fabfitfun Fabfitfun.Com CA Card 5365 | | -91.28 | 3,824.32 |
| 08/11 | Check | # 854 | -643.00 | 3,181.32 |
| 08/12 | Card Purchase | 08/12 Amzn Mktp US*2P4GU4S Amzn.Com/Bill WA | -30.65 | 3,150.67 |
| | Card 9467 | | | |
| 08/12 | Card Purchase | 08/11 Amzn Mktp US*2P4Jg8D Amzn.Com/Bill WA | -16.41 | 3,134.26 |
| | Card 9467 | | | |
| 08/12 | Card Purchase | 08/12 Circulation The Advoc 225-388-0200 LA Card 9467 | -13.95 | 3,120.31 |
| 08/12 | Card Purchase With Pin  08/12 Freret Hardware, Inc New Orleans LA Card 5365 | | -12.93 | 3,107.38 |
| 08/13 | Recurring Card Purchase 08/13 Mechanic    *Justansw 800-240-1371 CA Card 9467 | | -34.00 | 3,073.38 |
| 08/13 | Card Purchase | 08/13 Uber   Trip Help.Uber.Com CA Card 9467 | -10.65 | 3,062.73 |
| 08/13 | Card Purchase | 08/12 Firestone4693 New Orleans LA Card 9467 | -84.84 | 2,977.89 |
| 08/13 | Card Purchase | 08/12 Prepaid Serve 800-954-0559 GA Card 9467 | -200.00 | 2,777.89 |
| 08/13 | Card Purchase | 08/12 Amzn Digital*2D73F9Ls 888-802-3080 WA | -15.31 | 2,762.58 |
| | Card 9467 | | | |
| 08/13 | Card Purchase | 08/12 Origami - Nola New Orleans LA Card 5365 | -77.57 | 2,685.01 |
| 08/13 | Card Purchase | 08/12 Oreck of New Orleans New Orleans LA Card 5365 | -87.35 | 2,597.66 |
| 08/13 | Card Purchase With Pin  08/13 Shell Service Station New Orleans LA Card 9467 | | -30.01 | 2,567.65 |
| 08/16 | Card Purchase | 08/13 Total Wine & More 25 Https://Www.F LA Card 5365 | -290.26 | 2,277.39 |




**CHASE**

July 20, 2021 through August 17, 2021
Account Number: 000000935155903

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 08/16 | Card Purchase With Pin  08/14 Dorignacs Food Metairie LA Card 5365 | -150.69 | 2,126.70 |
| 08/16 | Card Purchase With Pin  08/14 Dorignacs Food Metairie LA Card 5365 | -15.53 | 2,111.17 |
| 08/16 | Card Purchase         08/15 Amzn Mktp US*2D9O430 Amzn.Com/Bill WA Card 9467 | -62.86 | 2,048.31 |
| 08/16 | Card Purchase With Pin  08/16 Robert Fresh MA New Orleans LA Card 5365 | -92.87 | 1,955.44 |
| 08/17 | Card Purchase         08/17 Amzn Mktp US*2D9B48X Amzn.Com/Bill WA Card 9467 | -7.65 | 1,947.79 |
| 08/17 | Card Purchase         08/17 Audible*2D5Y164C2 Amzn.Com/Bill NJ Card 9467 | -16.36 | 1,931.43 |
| 08/17 | Card Purchase With Pin  08/17 Wholefds Abs 101 5600 New Orleans LA Card 5365 | -78.26 | 1,853.17 |
|  | **Ending Balance** |  | **$1,853.17** |

A Monthly Service Fee was **not** charged to your Chase Checking account. Here are ways you can avoid this fee during any statement period.
- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network. (Your total electronic deposits this period were $22,432.12. Note: some deposits may be listed on your previous statement)
- **OR** have 5 or more purchases using your Chase Debit Card post to your account during your statement period. Withdrawals from ATMs or cash advance transactions do not qualify.

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $68.00 | $238.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC


JPMorgan Chase Bank, N.A. Member FDIC

The State Bar *of California*

# My State Bar Profile

## Richard J. Mooney

**State Bar Number:** 176486
**Status:** Active

Logout
**Last Login:** 7/30/2021 11:04:04 AM
Change password

| | |
|---|---|
| **Annual License Fee Status** | **Address of Record** |

A payment for the 2021 annual license fees has been received. Go to State Bar Fees to pay any additional outstanding costs.

A Payment Receipt(s) is available for payments submitted online. If payment was submitted by mail or by your firm, please email AttorneyRegulation@calbar.ca.gov

| | |
|---|---|
| **Mailing Address:** | RJM Litigation Group<br>505 Montgomery St Ste 1100<br>San Francisco, CA 94111-2585 |
| **Work Phone:** | 415-874-3711 |
| **Fax:** | Not Available |
| **Private Phone:** | 415-307-3021 |
| **Email for State Bar Communications:** | rmooneysfca@gmail.com |
| **Email for Public Record:** | richard.mooney@rjmlitigatior |
| **Website:** | |

Edit

**Fingerprinting Requirement:** Our records indicate you are in compliance with the Fingerprinting Rule. No action required.

- Opt-out Preferences
  Update or change your Opt-out Preferences.

Exhibit D