UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ANJINETTE CARRASCO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-05833-JST<br><br>**ORDER WITHDRAWING ORDER TO SHOW CAUSE AND VACATING ORDER TO SHOW CAUSE HEARING**<br><br>Re: ECF Nos. 45, 47 |

On August 10, 2021, the Court issued an order to show cause to attorney Richard James Mooney. ECF No. 45. Having reviewed Mr. Mooney's response, ECF No. 47, the Court now vacates the order to show cause as well as the hearing scheduled for September 16, 2021.

**IT IS SO ORDERED.**

Dated: August 30, 2021



JON S. TIGAR
United States District Judge